IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL ROSADO
Plaintiff

vs

COOPERATIVA DE SEGUROS DE VIDA
DE PUERTO RICO
Defendant

CIVIL 11-2210 CCC

**JUDGMENT**

Having considered the Settlement Agreement filed by Miguel Rosado, and Cooperativa de Seguros de Vida de Puerto Rico, Inc. on July 3, 2013 (**docket entry 34**), the same is APPROVED. Accordingly, it is ORDERED and ADJUDGED that this action be and is hereby DISMISSED, with prejudice and without the imposition of costs or attorney's fees, pursuant to the parties' settlement agreement which terms are made an integral part of this judgment.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on July 10, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge